1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Katherine A. Dow

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10
   KATHERINE A. DOW,                ) Case No.: CV 10-7206 FFM
11                                  )
         Plaintiff,                 ) ORDER AWARDING EQUAL
12                                  ) ACCESS TO JUSTICE ACT
       vs.                          ) ATTORNEY FEES AND EXPENSES
13                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
14 Commissioner of Social Security, ) U.S.C. § 1920
                                    )
15       Defendant                  )
                                    )
16 _____  )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,900.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:    August 12, 2011
23
                              /S/ Frederick F. Mumm
24                        THE HONORABLE FREDERICK F. MUMM
                          UNITED STATES MAGISTRATE JUDGE
25

26

-1-